[No. 26451-6-I.   Division One.   May 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
SHADE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-05351-5, Frank L. Sullivan, J., entered
July 3, 1990. *Reversed* by unpublished opinion per Cole-
man, J., concurred in by Webster, A.C.J., and Forrest, J.

[No. 27053-2-I.   Division One.   May 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
JOSEPH LORAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-00747-9, William L. Downing, J., entered
July 24, 1990. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Webster, A.C.J., and Kennedy, J.

[No. 27680-8-I.   Division One.   May 26, 1992.]

ELNORE CAMPBELL (DENSMORE), *Respondent*, v. THOMAS
CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. D88300, R. Joseph Wesley, J., entered Decem-
ber 14, 1990. *Affirmed as modified* by unpublished per
curiam opinion.

[No. 28458-4-I.   Division One.   May 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG S.
FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-05867-7, Arthur E. Piehler, J., entered
May 21, 1991. *Affirmed* by unpublished opinion per For-
rest, J., concurred in by Baker and Kennedy, JJ.